# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 21-MJ-054** |
| | : | |
| v. | : | |
| | : | |
| **HECTOR EMMANUEL VARGAS SANTOS,** | : | **VIOLATIONS:** |
| also known as **HECTOR VARGAS,** | : | **18 U.S.C. § 1752(a)(1)** |
| also known as **HECTOR SANTOS,** | : | **(Entering and Remaining in a Restricted** |
| | : | **Building)** |
| Defendant. | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Violent Entry and Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **HECTOR EMMANUEL VARGAS SANTOS**, also known as "Hector Vargas," also known as "Hector Santos," knowingly entered and remained in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **HECTOR EMMANUEL VARGAS SANTOS**, also known as "Hector Vargas," also known as "Hector Santos," knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in, and within such proximity to, the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

>  (**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **HECTOR EMMANUEL VARGAS SANTOS**, also known as "Hector Vargas," also known as "Hector Santos," willfully and knowingly uttered loud, threatening, and abusive language, and engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress.

>  (**Violent Entry and Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **HECTOR EMMANUEL VARGAS SANTOS**, also known as "Hector Vargas," also known as "Hector Santos," willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        New York Bar No. 4444188

By:

        Angela N. Buckner
        Assistant United States Attorney
        D.C. Bar No. 1022880
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 252-2656
        Angela.Buckner@usdoj.gov