AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**FILED**
JAN 2 2 2021
Clerk, U.S. District and Bankruptcy Courts

United States of America
v.
Hector Emmanuel Vargas Santos

)
)
)
)
)
)
)

Case: 1:21-mj-00054
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WARRANT

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hector Emmanuel Vargas Santos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D)&(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 1/14/2021

Issuing officer's signature: Robin M. Meriweather 2021.01.14 12:18:11 -05'00'

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/14/2021, and the person was arrested on *(date)* 01/19/2021
at *(city and state)* Jersey City, New Jersey.

Date: 01/20/2021

*Arresting officer's signature*

SA Monique Y. Bonaparte
*Printed name and title*